■ THE PEOPLE OF THE STATE OF NEW ,YORK, Respondent, v. EDWIN CODARRE, Appellant.— Appeal by defendant from an order of the County Court, Dutchess County, dated October 7, 1960, denying his *coram nobis* application to vacate a judgment of said court rendered December 6, 1943, convicting him, upon his plea of guilty, of murder in the second degree, and sentencing him to serve a term of 30 years to life. Order affirmed. No opinion. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur. [24 Misc 2d 902.]

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HAROLD DAVIS-EL, Also Known as HAROLD EZELL, Appellant.— Appeal by defendant from an order of the County Court, Nassau County, dated April 28, 1960, which denied, without a hearing, his *coram nobis* application to vacate a judgment of said court, rendered March 11, 1955, convicting him, after a jury trial, of burglary in the third degree and petit larceny, and sentencing him to serve a term of 2½ to 10 years. Order affirmed. No opinion. Nolan, P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM LUPO, Appellant.— Appeal by defendant from a judgment of the County Court, Kings County, rendered April 22, 1958, convicting him, after a jury trial, of grand larceny in the first degree and grand larceny in the second degree, and sentencing him to serve a term of 15 to 20 years on the first count and a term of two and one-half to five years on the second count, such terms to run concurrently. Judgment affirmed. No opinion. Nolan, P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.